**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lori Mendez,<br><br>             Plaintiff,<br><br> vs.<br><br>Hobby Lobby Stores, Inc.; John Does I-XX, inclusive; ABC Corporations I-X, inclusive; and Black and White Companies, I-X, inclusive,<br><br>             Defendant. | Case No.: 3:23-cv-00181-ART-CLB<br><br>**Discovery Plan and Scheduling Order; Submitted in Compliance with LR 26-1(b)** |

1. **Meeting**: The parties conducted the Rule 26(f) conference on May 17, 2023.

2. **Pre-Discovery Disclosures**: The parties have not yet served their Rule 26(a)(1) disclosures.

3. **Discovery Plan**: The parties propose the discovery period below, calculated from Hobby Lobby Stores, Inc.'s April 28, 2023 Petition for Removal.

| | |
|---|---|
| Amending the Pleadings and Adding Parties | July 28, 2023 |
| Initial Expert Disclosures & Interim Status Report | July 28, 2023 |
| Rebuttal Expert Disclosures | August 28, 2023 |
| Discovery Closes | October 27, 2023 |
| Dispositive Motions | November 27, 2023 |
| Pre-Trial Order, if no Dispositive Motions | December 27, 2023 |

282489957v.1

The parties certify that they have conferred about the possibility of using alternative dispute resolution processes, but concluded they are not mutually beneficial at this time.  The parties also considered consent to trial by a Magistrate Judge and the use of the Short Trial Program.  Further, the parties have discussed electronic evidence, but to date have no electronic evidence to present other than video of the fall.

| WILSON ELSER | TERRY FRIEDMAN & JULIE THROOP, PLLC |
|---|---|
| */s/ Michael Lowry* <br> Michael P. Lowry, Esq. <br> Nevada Bar No. 10666 <br> Attorneys for Hobby Lobby Stores, Inc. | */s/ Julie McGrath Throop* <br> Julie McGrath Throop, Esq. <br> Nevada Bar No. 11298 <br> Attorneys for Plaintiff |

**ORDER**

**IT IS SO ORDERED.**

**Dated: May 17, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

-2-

282489957v.1