UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORI MENDEZ, | Case No.:  3:23-cv-00181-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO:** |
| HOBBY LOBBY STORES, INC.; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive, | 1) **PLAINTIFF'S MOTION FOR SANCTIONS FOR THE SPOLIATION OF EVIDENCE;**<br>2) **PLAINTIFF'S MOTION TO STRIKE SUPPLEMENTAL REPORT OF SAMAN HAZANY, M.D., DABR;**<br>3) **HOBBY LOBBY STORES, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | **(First Request)** |

Plaintiff LORI MENDEZ through her counsel of record Julie McGrath Throop, Esq. and John C. Boyden, Esq. of Friedman & Throop, PLLC, together with Defendant HOBBY LOBBY STORES, INC. through its counsel of record Jonathan C. Pattillo, Esq. of Wilson Elser Moskowitz, Edelman & Dicker LLP submit this Stipulation and Order for Extension of Time to Respond to Plaintiff's Motion for Sanctions for the Spoliation of Evidence [ECF 44]; Plaintiff's Motion to Strike Supplemental Report of Saman Hazany, M.D. DABR [ECF 46] and Hobby Lobby Stores, Inc.'s Motion for Summary Judgment [ECF 47].

**I.     Reasons for Requested Extensions**

Due to the complexity of the Motions, counsels' schedules and the upcoming holidays, the parties request a short extension to allow them time to properly prepare and file responses to the below Motions.

**II.    Current Dates and Requested Extensions**

| Doc. No. | | Due/Set | Proposed Date |
|---|---|---|---|
| 44 | Plaintiff's Motion for Sanctions for the Spoliation of Evidence | 11/29/2024 | 12/30/2024 |
| 46 | Plaintiff's Motion to Strike Supplemental Report of Saman Hazany, M.D. DABR | 12/03/2024 | 12/30/2024 |
| 47 | Hobby Lobby Stores, Inc.'s Motion for Summary Judgment | 12/11/2024 | 12/30/2024 |

IT IS SO STIPULATED.

DATED this 22nd day of November, 2024.                DATED this 22nd day of November, 2024.

TERRY A. FRIEDMAN AND JULIE                          WILSON, ELSER, MOSKOWITZ,
THROOP, PLLC                                          EDELMAN & DICKER LLP


By:/s/ Julie McGrath Throop                           By:/s/ Jonathan C. Pattillo
    JULIE MCGRATH THROOP (SBN 11298)                      JONATHAN C. PATTILLO (SBN 13929)
    300 S. Arlington Avenue                               6689 Las Vegas Blvd., South, Suite 200
    Reno, Nevada 89501                                    Las Vegas, Nevada 89119
    775-322-6500 T                                        702-727-1400 T
    *Attorneys for Plaintiff*                             *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of November, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE