1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

Lori Mendez,

12

Plaintiff,

13

vs.

14

Hobby Lobby Stores, Inc.; John Does I-XX,
inclusive; ABC Corporations I-X, inclusive; and
Black and White Companies, I-X, inclusive,

15

16

Defendant.

17

Case No.: 3:23-cv-00181-ART-CLB

**ORDER GRANTING**

**Stipulation Re Joint
Pre- Trial Order**

**First Request**

18

The previous deadline to submit a pre-trial order was January 17, 2025, but the parties

19

submitted dispositive motions for the Court's consideration (See ECF No. 40). The Court reached

20

decisions on July 15, 2025 and ordered a settlement conference (See ECF No 61). The Court has

21

ordered that Magistrate Judge Baldwin conduct the conference (See ECF No. 62). The date has

22

not been set yet. There was no documentation on the new due date for the pre-trial order but the

23

parties wish to continue that deadline to 30 days after the settlement conference.

24

25



26

TERRY FRIEDMAN & JULIE THROOP,
PLLC

27

*/s/ Jonathan Pattillo, Esq.*
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
Attorneys for Hobby Lobby Stores, Inc.

*/s/  Julie McGrath Throop*
Julie McGrath Throop, Esq.
Nevada Bar No. 11298
Attorneys for Plaintiff

28

302843707v.1

1

Case No.: 3:23-cv-00181-ART-CLB

2

**ORDER**

3

    The deadline to file the Proposed Joint Pretrial Order is continued to 30 days after the

4

conclusion of the settlement conference.

5

6

_____

7

Anne R. Traum
United States District Judge

8

9

DATED: July 30, 2025

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

302843707v.1