# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lori Mendez,<br><br>                    Plaintiff,<br><br>  vs.<br><br>Hobby Lobby Stores, Inc.; John Does I-XX, inclusive; ABC Corporations I-X, inclusive; and Black and White Companies, I-X, inclusive,<br><br>                    Defendant. | Case No.: 3:23-cv-00181-ART-CLB<br><br>**ORDER GRANTING**<br><br>**Stipulation to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 3:23-cv-00181, all parties to bear their own fees and costs. No trial date has been set.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Jonathan Pattillo, Esq.*
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
Attorneys for Hobby Lobby Stores, Inc.

TERRY FRIEDMAN & JULIE THROOP, PLLC

*/s/ Julie McGrath Throop*
Julie McGrath Throop, Esq.
Nevada Bar No. 11298
Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: October 30, 2025